```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                          CASE NO. 06 B 12767
      DARADE D COLLINS
      KAMILAH A COLLINS                            CHAPTER 13

                                                   JUDGE: BRUCE W BLACK

            Debtor
      SSN XXX-XX-6954     SSN XXX-XX-8544
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/06/06 and confirmed on 12/20/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   4368.10 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | .00 | .00 | .00 |
| CARMAX AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | .00 | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| MCI RESIDENTIAL SVC MW | UNSECURED | NOT FILED | .00 | .00 |
| MITSUBISHI MOTOR CRED OF | FILED LATE | .00 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| WESGLEN MASTER ASSOCIATI | SECURED | 1500.00 | .00 | 1500.00 |
| FAST CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1500.00 | .00 | .00 | .00 | 1500.00 |
| PRINCIPAL PAID | 1500.00 | .00 | .00 | .00 | 1500.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1500.00 | .00 | .00 | .00 | 1500.00 |

The Debtor's attorney, JOHN C DENT               , was allowed $   3000.00
and was paid $    329.00  direct and $   2671.00  through the plan.

The Trustee received $    195.48 .

Refunds to the Debtor totaled $      1.62 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 08/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
        CASE NO. 06 B 12767 DARADE D COLLINS & KAMILAH A COLLINS
```